[No. 44199-0-I.   Division One.   January 22, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. M.V., *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 98-8-04748-0, Patricia H. Clark, J., entered January 20, 1999. *Dismissed* by unpublished per curiam opinion.

[No. 44031-4-I.   Division One.   January 22, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMEL DWIGHT SMITH, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 98-1-03647-4, Glenna Hall, J., entered December 21, 1998. *Dismissed* by unpublished per curiam opinion.

[No. 45632-6-I.   Division One.   January 22, 2001.]

NADINE C. DOUGLAS, ET AL., *Appellants*, v. JONATHAN CHINN, ET AL., *Respondents.*

Appeal from a judgment of the Superior Court for King County, No. 98-2-23599-3, Suzanne M. Barnett, J., entered September 24, 1999. *Affirmed* by unpublished opinion per Baker, J., concurred in by Webster and Kennedy, JJ.

[No. 45604-1-I.   Division One.   January 22, 2001.]

*In the Matter of the Marriage of* HERBERT E. PRINCE, *Appellant*, and CAROLYN R. PRINCE, *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 91-3-10552-2, Norma Smith Huggins, J., entered November 8, 1999. *Reversed* by unpublished per curiam opinion.